STATE OF NORTH CAROLINA v. JAMES SPENCER

No. 732SC385

(Filed 27 June 1973)

ON *certiorari* to review the order of *Rouse, Judge,* 26 April 1971 Session of Superior Court held in WASHINGTON County.

Defendant was charged in a bill of indictment with first degree murder of one John Willie Wilkins on 2 April 1971. Defendant entered a plea of not guilty.

At trial the State presented evidence which tended to show the following. On 2 April 1971 at approximately 9:00 p.m.,

defendant and John Willie Wilkins, the deceased, were in War-
ren Everett's "night spot" on Highway 32 near Plymouth,
North Carolina. Warren Everett, the proprietor, was working
behind the drink counter on the night in question and heard a
shot. Everett turned around and saw defendant shooting a pistol
at John Willie Wilkins. He heard approximately four shots and
then the deceased turned and ran out the back door of the
"night spot." Two other eyewitnesses also saw defendant shoot-
ing at the deceased and then saw the deceased run out the back
door. Another witness, who was outside the building at the time
of the shooting, heard shots from inside the building and then
saw deceased rush out the back door. Deceased died from in-
ternal hemorrhaging caused by bullet wounds.

Defendant presented evidence which tended to show the
following: that immediately prior to the shooting defendant
placed a quarter in the juke box at Everett's "night spot"; that
at this time the deceased tried to "walk up" to defendant; that
deceased said something to defendant; that defendant walked
away from deceased and said "I don't want to hear it"; that
deceased hollered "Don't walk away from me when I am talking
to you"; that deceased followed defendant as he was walking
toward the door; that deceased made some motion toward his
pocket, and defendant pulled out a pistol and fired at the floor;
that deceased and defendant began struggling, and during the
struggle two or three shots went off; that after the third shot
the deceased fell against the counter and ran out the back door;
that automatic rifle shots were heard outside the building as
well as the shots heard inside the building; that a tire on one
of the cars in the parking lot was punctured by a bullet and that
two bullet holes were found under the front door of the same
car.

A jury returned a verdict of guilty of second degree murder.
Defendant appealed.

*Attorney General Morgan, by Assistant Attorney General
Briley, for the State.*

*Forrest V. Dunstan for defendant.*

BROCK, Judge.

Defendant was represented by counsel during his trial and
on this appellate review. The bill of indictment is proper in
form and sufficient to charge the felony of murder. The court

was properly organized and had jurisdiction of the subject matter and the person of defendant. Trial was by jury which found defendant guilty of second degree murder. The evidence was sufficient to overcome defendant's motion for nonsuit, and to require submission of the case to the jury. The verdict was proper in form and the prison sentence imposed is within statutory limits.

We have reviewed the record and in our opinion defendant had a fair trial, free from prejudicial error.

No error.

Judges BRITT and HEDRICK concur.